UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

                                                 Case No. 1:93-CR-16-01

       Plaintiff,

v.                                               Hon. Richard Alan Enslen

JUAN REYES,                                   **ORDER**

       Defendant.
_____/

      Defendant Juan Reyes has applied for a certificate of appealability regarding this Court's earlier denial of his application for the writ of *audita querela*.  (*See* Dkt. No. 526.)  Upon review of the request, it does not appear that the statute, 28 U.S.C. § 2253, requires or authorizes the issuance of a certificate as to the denial of relief of a motion for *audita querela*.  *See Early v. Lamanna*, 182 F.3d 917, 1999 WL 435156, **1 (6th Cir. June 17, 1999) (holding that certificate is unnecessary as to section 2241 petitions); *Bradshaw v. Story,* 86 F.3d 164, 166 (10th Cir. 1996) (same); *United States v. Schreiber*, 48 Fed. Appx. 481, 2002 WL 31049456, **1 (5th Cir. 2002) (holding that a certificate of appealability is unnecessary as to the appeal of the denial of an *audita querela* petition under 28 U.S.C. § 1651).  Furthermore, even if the statute did authorize the issuance of a certificate of appealability as to the denial of an *audita querela* petition, the same would be denied because Defendant's motion is plainly meritless and does not warrant encouragement on appeal.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Juan Reyes' Application for Certificate of Appealability (Dkt. No. 528) is **DENIED** as to all issues asserted.

                                                      /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:           RICHARD ALAN ENSLEN
    June 9, 2005                      UNITED STATES DISTRICT JUDGE