UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN REYES,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:93-cr-16

## ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter is before the Court on defendant's motion for ninety (90) days extension of time in which to file a reply brief in opposition to the government's response to defendant's motion under 18 U.S.C. §3582(c)(2) (Dkt. #554). The Court will deny the defendant's motion as his motion for reduction of sentence was resolved on March 4, 2010. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for ninety (90) days extension of time in which to file a reply brief in opposition to the government's response to defendant's motion under 18 U.S.C. § 3582(c)(2) (Dkt. #554) is **DENIED as moot**.

Date: March 17, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge