UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN REYES,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:93-cr-16

## ORDER DISMISSING MOTION FOR STAY OF NOTICE OF APPEAL

This matter is before the Court on defendant's motion for leave to stay notice of appeal until the Court's ruling on defendant's motion for ninety (90) days extension of time in which to file a reply brief in opposition to the government's response to defendant's motion under 18 U.S.C. §3582(c)(2) (Dkt. #557). A review of the docket sheet reflects the defendant's motion for extension of time was resolved on March 17, 2010. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to stay notice of appeal until the Court's ruling on defendant's motion for ninety (90) days extension of time in which to file a reply brief in opposition to the government's response to defendant's motion under 18 U.S.C. §3582(c)(2) (Dkt. #557) is **DISMISSED as moot**.

Date: March 22, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge