# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN REYES,

        Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:93-cr-16-01


## ORDER GRANTING MOTION FOR LEAVE TO
## PROCEED *IN FORMA PAUPERIS* ON APPEAL

This matter is before the Court on the Defendant's motion for leave to proceed *in forma pauperis* (Dkt. #561) as to the appeal of this Court's denial of his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). The attachment to the motion attesting to his poverty shows Defendant is indigent and cannot afford the costs of appeal. Therefore,

**IT IS HEREBY ORDERED** that the Defendant's motion for leave to proceed *in forma pauperis* on appeal (Dkt. #561) is **GRANTED**.


Date: April 5, 2010

          /s/ Paul L. Maloney
          Paul L. Maloney
          Chief United States District Judge